UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TAIWO BAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:16 CV 176 |
| ) | |
| ) | |
| SUPERINTENDENT, ) | |
| ) | |
| Respondent. | |

## OPINION AND ORDER

Taiwo Baker, a prisoner proceeding pro se, filed a habeas corpus petition attempting to challenge the prison disciplinary hearing (WCC 15-12-225) where the Disciplinary Hearing Officer (DHO) at the Westville Correctional Facility found him guilty of Disorderly Conduct in violation of B-236 on December 18, 2015. Though he was found guilty, he did not lose any earned credit time, nor was he demoted in credit class. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary proceeding did not result in the lengthening of the duration of his confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition is **DENIED** pursuant to Section 2254 Habeas Corpus Rule 4 and this case is **DISMISSED**.

**SO ORDERED.**

Date: May 25, 2016

    s/James T. Moody\
JUDGE JAMES T. MOODY\
UNITED STATES DISTRICT COURT